**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| ROBERT LEE NEALY | : | |
| Petitioner | : | |
| vs. | : | NO. 5:05-CV-73 (WDO) |
| STATE OF GEORGIA, | : | |
| Respondent | : | |

# RECOMMENDATION OF DISMISSAL

Petitioner ROBERT NEALY filed what the court initially construed to be a petition for habeas corpus relief. Petitioner paid the filing fee as ordered by the court. However, petitioner actually requests that this court issue a writ of mandamus directing the State of Georgia to return property seized during his arrest. The state courts have previously denied his requests.

Notwithstanding any filing fee or any portion thereof that may have been paid, the court is required to dismiss a prisoner complaint if it determines that the action (1) is frivolous or malicious; (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). An action is frivolous when the plaintiff's legal theory or factual contentions lack an arguable basis either in law or fact. *Neitzke v. Williams, 490 U.S. 319 (1989).*

Federal mandamus is available only "to compel an officer or employee of the United States . . . to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. The respondent herein is not a federal officer or employee within the meaning of said statute.

A federal district court generally has no power to issue writs of mandamus directing state courts and their judicial officers in the performance of their duties.  *See Lamar v. 118th District Court of Texas*, 440 F.2d 383(5th Cir. 1971).

For the foregoing reasons, the undersigned **RECOMMENDS** that the within petition be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2). Pursuant to 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this **RECOMMENDATION** with the United States District Judge to whom this case is assigned, by filing the same in writing with the Clerk **WITHIN TEN (10) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 13th day of JULY, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE