IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ROBERT LEE NEALY,** | : | |
| Petitioner | : | |
| v. | : | 5:05-CV-73 (WDO) |
| **STATE OF GEORGIA,** | : | |
| Respondent | : | |

### ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to dismiss the petition for a writ of mandamus as frivolous. Having carefully considered the Recommendation and the objections filed thereto, the Recommendation is ADOPTED and made the order of the Court.

SO ORDERED this 1st day of September, 2005.


S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE